# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159306(151)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                SC: 159306
                                                 COA: 321551
ANDREW MAURICE RANDOLPH,                          Genesee CC: 13-033003-FC
    Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limitation is GRANTED. The 66-page application submitted on March 19, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2019



Clerk